1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION, a Japanese corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>LG ELECTRONICS U.S.A., INC., a Delaware corporation and LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation,<br><br>            Defendants. | Case No. 2:10-cv-09956-DMG-AJW<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE [37] |

1  Having carefully considered the parties' Stipulation of Dismissal without
2  Prejudice,

3  **IT IS HEREBY ORDERED THAT** all claims and counterclaims asserted
4  in this action are hereby dismissed without prejudice based on a confidential
5  settlement agreement between the parties.  Each party shall bear its own costs and
6  attorneys' fees.

7  **IT IS SO ORDERED.**

10  DATED:    August 10, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE